1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 SON CHENG,                    )
                                 )
13        Plaintiff,             ) CIVIL NO.  05-00473 MMC
                                 )
14        v.                     ) STIPULATION AND ORDER EXTENDING
                                 ) DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,          ) RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security, ) MOTION FOR SUMMARY JUDGMENT
16                               )
          Defendant.             )
17 _____ )

18        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on June

21 27, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on July 27, 2005.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

---

[1] See attached Declaration of John Carvelas.

1   This is defendant's first request.

2

3

4

5   Dated: June 14, 2005                /s/
                                GLENN M. CLARK
6                               Attorney for Plaintiff

7
                                KEVIN V. RYAN
8                               United States Attorney

9

10

11

12  Dated: June 15, 2005     By:        /s/
                                SARA WINSLOW
13                              Assistant United States Attorney

14
    PURSUANT TO STIPULATION, IT IS SO ORDERED:
15

16

17                              **APPROVED**
                                Judge Maxine M. Chesney
18

19  Dated:   June 17, 2005    _____
                                MAXINE M. CHESNEY
20                              United States District Judge

21

22

23

24

25

26

27

28

CHENG, EXT.MXSJ (jnc)
C 05-00473 MMC                          2