1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7260
     Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 SON CHENG,                        )
                                     )
13        Plaintiff,                 )   CIVIL NO.  05-00473 MMC
                                     )
14        v.                         )   STIPULATION AND ORDER
                                     )   APPROVING COMPROMISE
15 JO ANNE B. BARNHART,              )   SETTLEMENT OF ATTORNEY
   Commissioner of Social Security,  )   FEES PURSUANT TO THE EQUAL
16                                   )   ACCESS TO JUSTICE ACT
          Defendant.                 )
17 _____    )

18        The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with

19 defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21        1. Defendant shall pay FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00),

22 pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. [1]

23 The check is to be payable to plaintiff's counsel:

24                         GLENN M. CLARK
                  2222 MARTIN LUTHER KING JR. WAY
25                         BERKELEY, CA 94704
                            (510) 848-7200
26
          2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not
27
   constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice
28
   Act.

---

1/.  This amount includes costs.

1    3.  Payment of the FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) EAJA fees
2 incurred in this court action, will constitute a complete release from and bar to any and all claims,
3 rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as
4 a result of this court action.

Dated: January 31, 2006                    /s/
                                           GLENN M. CLARK
                                           Attorney for Plaintiff

                                           KEVIN V. RYAN
                                           United States Attorney

Dated: February 6, 2006        By:         /s/
                                           SARA WINSLOW
                                           Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:   February 7, 2006                  _____
                                           MAXINE M. CHESNEY
                                           United States District Judge

CHENG,  EAJA STIP (ds)
C 05-00473 MMC                        2